**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MICHELE GALLAGHER,
an individual,

       Plaintiff,

v.

Case No.: 8:15-cv-01586-RAL-MAP

CAVALRY SPV I, LLC,
a foreign limited liability company, and
ANDREU, PALMA & ANDREU, P.L.,
a Florida limited liability company,

       Defendants.
_____/

## NOTICE OF PENDING SETTLEMENT

**COMES NOW**, Plaintiff, MICHELE GALLAGHER (hereinafter "Plaintiff"), by and through the undersigned counsel pursuant to Middle District of Florida, Local Rule 3.08, and hereby submits this *Notice of Pending Settlement* and states:

1.    Plaintiff and Defendants, CAVALRY SPV I, LLC and ANDREU, PALMA & ANDREU, P.L. (hereinafter, collectively "Defendants"), have reached a conditional settlement with regard to all claims in this case, and the parties are presently drafting, finalizing, and executing a written settlement agreement and release of liability.

2.    Upon execution of a mutually agreeable settlement agreement and release, undersigned counsel will execute and file a Notice of Settlement and Stipulation for Dismissal with Prejudice.

3.    To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies that he has

consulted with Defendants' counsel, and Defendants have no objection to the relief sought.

Submitted this 24th day of July 2015.

> Respectfully submitted,
>
> **LEAVENLAW**
>
> /s/ *Aaron M. Swift*
> **Ian R. Leavengood, Esq., FBN 0010167**
> **[X]Aaron M. Swift, Esq., FBN 0093088**
> **G. Tyler Bannon, Esq., FBN 0105718**
> **Gregory H. Lercher, Esq., FBN 0106991**
> **Sara J. Weiss, Esq., FBN 0115637**
> Northeast Professional Center
> 3900 First Street North, Suite 100
> St. Petersburg, FL 33703
> Phone: (727) 327-3328
> Fax: (727) 327-3305
> consumerservice@leavenlaw.com
> aswift@leavenlaw.com
> tbannon@leavenlaw.com
> glercher@leavenlaw.com
> sweiss@leavenlaw.com
> *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing *Notice of Pending Settlement* has been furnished either electronically or by U.S. Mail this 24th day of July 2015 to:

Dale T. Golden, Esq.
Golden Scaz Gagain
201 North Armenia Avenue
Tampa, FL 33609
DGolden@gsgfirm.com
*Attorney for Defendants*

> /s/ *Aaron M. Swift*
> Attorney